AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of New York

|  |  |  |
|---|---|---|
| NIKE USA, INC., | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19 -cv- 2061 |
| MACS SNEAKER CORPORATION doing business as SNEAKER CORNER, ARNOLD LARRY FINKELSTEIN, and CAROL ELLEN FINKELSTEIN, | ) ) ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth E. Malang, Esq.
RYAN & CONLON, LLP
2 Wall Street, Suite 710
New York, NY 10005

Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/9/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

Nike USA, INC., v. MACS SNEAKER CORPORATION
Doing business as SNEAKER CORNER et al.
Civil Action No.

TO:   MACS SNEAKER CORPORATION
Attn: Officer, Managing or General Agent, or any other Agent authorized by appointment
or by law to receive service of process
2329 Avenue I
Brooklyn, New York 11210

MACS SNEAKER CORPORATION
C/O Fred Cohen, Chief Executive Officer
160 East Rockaway Road
Hewlett, New York, 11557

MACS SNEAKER CORPORATION
C/O ARNOLD LARRY FINKELSTEIN as President
9819 Bluefield Drive
Boynton Beach, Florida 33473

ARNOLD LARRY FINKELSTEIN
9819 Bluefield Drive
Boynton Beach, Florida 33473

MACS SNEAKER CORPORATION
C/O CAROL ELLEN FINKELSTEIN as Secretary
9819 Bluefield Drive
Boynton Beach, Florida 33473

CAROL ELLEN FINKELSTEIN
9819 Bluefield Drive
Boynton Beach, Florida 33473